United States District Court
Northern District of Florida
Tallahassee Division

Brian Kennedy,
       Petitioner,
V                                    Case No: 1:25 cv 384-MCR/MJF
Florida Department
of Families AND
  Children Services
       Respondent,
_____/

## Petition For Writ of Habeas Corpus
## 28 U.S.C. § 2241

As Petitioner is being held on a involuntary transfer to a state mental hospital in complete violation of entitled due process and Supreme Court's ruling in <u>Vitek v. Jones</u>, 445 US 445-80 (1980)

### Statement of Claim

1. That Petitioner is being held out of Duval Circuit Court of criminal charge without probable cause in violation of fourth amendment that a criminal charge and that a violation of the eighth amendment.

2. That Petitioner was a victim of a vicious attack of police trained dog that Petitioner is suffering wounds in violation of the eighth amendment.

This Petition Writ of Habeas Corpus comes in good faith

Respectfully,
/s/ Brian Kennedy
Brian Kennedy
1200 SS-SE Blvd
Gainesville, Florida
32601

Brian Kennedy
1200 SS-SE Blvd
Gainesville, Florida
32641

(Legal Mail)

United States
District Court
111 North Adams Street
Tallahassee, Florida

